# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-11137-HCM |
|     HOLLY HARRINGTON | § | |
| | § | |
| | § | |
|     Debtor | § | CHAPTER 13 |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

**This pleading requests relief that may be adverse to your interests.**

**No hearing will be conducted on this recommendation concerning claims (or its treatment of any claim) unless a written response is filed within twenty-one (21) days from the date of service.**

**A timely response is necessary for a hearing to be held. If no response is timely filed, the treatment of claims reflected in the recommendation shall be deemed approved by the court without further hearing or order.**

**By order of the Court, the Trustee's Recommendation Concerning Claims shall set a bar date for objection to claims, for contesting the validity or priority of liens, and for challenging the priority of claims. The bar date shall be the twenty-first (21st) day after the service of the Recommendation of Claims. Any objection, motion or adversary contesting the validity or priority of any claim reflected in this Recommendation Concerning Claims may not be filed after the expiration of the bar date except upon leave of the Court after motion requesting such leave and upon notice of hearing to the Chapter 13 Trustee, the Debtor, the Debtor's counsel, and all parties in interest.**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE.

    Comes now Deborah B. Langehennig, Chapter 13 Trustee (hereinafter "Trustee"), and making this her recommendation concerning claims, would respectfully show the Court as follows:

### I.

    The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached is a Schedule containing the Trustee's recommendation as to various matters concerning claims, including the amount and classification of each creditor's claim(s). The dividend paid to allowed general unsecured claims to be paid through the plan is currently 100%. Pursuant to the confirmed plan, the Trustee shall receive her administrative claim of no less than 10% of the confirmed plan base.

**II.**

If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's Recommendation, or may file an objection to any disputed claim listed on the attached schedule. Responses and objections must be filed within twenty-one (21) days from the date of service hereof. Each claim for which there is no response or objection filed within twenty-one (21) days from the date of service hereof will be treated as listed in the attached schedule.

**III.**

If the Plan provides that the Trustee is to disburse the ongoing mortgage payment, the Trustee will disburse pursuant to the provisions of the Plan, the Proof of Claim and attached exhibits, and any notices filed by the creditor.

**IV.**

**NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS**

Responses to the Trustee's recommendation or additional objections to claims must be filed within twenty-one (21) days from the date of service hereof with the United States Bankruptcy Clerk, 903 San Jacinto, Suite 322, Austin, TX 78701 and served on the appropriate parties pursuant to the Bankruptcy Rules.

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| IN RE: HOLLY HARRINGTON | Schedule of Claims |
|---|---|
|  | Case Number: 18-11137-HCM |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>% BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 5001<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $31,892.78 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 3 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 0612<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $10,157.40 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 5 | CHASE CARD SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | 7156<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 6 | CHASE CARD SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | 0247<br>Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 9 | FIRST NATIONAL BANK OF OMAHA<br>% BRUMBAUGH & QUANDAHL PC LLC<br>4885 S 118TH ST<br>STE 100<br>OMAHA, NE 68137 | 9820<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $18,693.72 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 12 | GRANITE STATE MANAGEMENT & RES<br>% US DEPARTMENT OF EDUCATION<br>PO BOX 105291<br>ATLANTA, GA 30348 | 5610<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $34,647.62 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>student loans |
| 7 | LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 5359<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $7,820.38 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 8 | LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 3970<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $12,675.86 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 10 | NORDSTROM INC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 5529<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $508.59 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>TD Bank |

| Trustee Claim ID# | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | I2775<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $122.95 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>Neiman Marcus |
| 1 | RANDOLPH BROOKS FEDERAL CREDIT<br>PO BOX 2097<br>UNIVERSAL CITY, TX 78148-2416 | 5610<br>Treatment of Claim:<br>PAID DIRECTLY BY DEBTOR(S) | $89,924.69 | SECURED MORTGAGE<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>11308 Brixey Lane |
| 11 | RANDOLPH BROOKS FEDERAL CREDIT<br>PO BOX 2097<br>UNIVERSAL CITY, TX 78148-2416 | 5610<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $10,354.20 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |